Order issued September 12, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00580-CR
No. 05-12-00581-CR

CECIL CAIN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F10-53683-Q, F10-53684-Q

## ORDER

On August 21, 2012 the Court issued an order directing the district clerk to file with the

Clerk of the Court either a supplemental clerk's record containing a copy of the State's Notice of

Intent to Enhance Punishment or else a letter stating that the clerk's record cannot be supplemented

as ordered. The district clerk has responded by filing a letter stating the requested document is not

within the district clerk's possession.

Accordingly, we **ORDER** the trial court to conduct a hearing to determine: (1) whether the

State's Notice of Intent to Enhance Punishment has been lost or destroyed; (2) whether appellant

is at fault for the loss of the document; and (3) whether the document can be replaced either by

agreement of the parties or with copies determined by the trial court to accurately duplicate with

reasonable certainty the original document. *See* TEX. R. APP. P. 34.5(e).

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **SIXTY (60) DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated sixty (60) days from the date of this order or when the findings are received, whichever is earlier.

_____
LANA MYERS
JUSTICE